UNITED STATES BANKRUPTCY COURT      VOLUNTARY PETITION
SOUTHERN DISTRICT OF OHIO            **CHAPTER 7**

| Name Of Debtor: | Name of Joint Debtor (Spouse): |
|---|---|
| **Gamble, Lori S.** | |
| All other Names used by debtor in last 6 years: | All other Names used by debtor in last 6 years: |
| **Baker, Lori S.** | |
| Social Security Number: | Social Security Number: |
| **XXX-XX-2794** | |
| Street Address: | Street Address: |
| **3 Linden St.** <br> **Cincinnati, Ohio 45216** | |
| County: **Hamilton** | County: |

Location of Principal Assets of Business Debtor:

Venue: [ X ] Debtor has been Domiciled or has had a residence, or principal place of business, or principal assets in this district assets in district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

| Type of debtor: | | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed |
|---|---|---|
| [ X ] **Individual(s)** | [ ] Rail Road | |
| [ ] Corporation | [ ] Stockbroker | [ X ] **CHAPTER 7** |
| [ ] Partnership | [ ] Commodity Broker | [ ] CHAPTER 13 |
| [ ] Other _____ | | [ ] CHAPTER _____ |

| Nature of debts | Filing Fee |
|---|---|
| [ X ] **Consumer/Non-Business** | [ X ] **Full Filing Fee Attached** |
| [ ] Business | [ ] Filing fee to be paid in installments (Rule 1006(b)Form 3 |

Statistical & Administrative Information:
[ ] Debtor Estimates that funds will be available for distribution to unsecured creditors.
[X] Debtor Estimates that, after any exempt property is excluded and administrative expenses are paid, there **will not be funds** available for distribution to unsecured creditors.

Estimated Number of Creditors: [ ] 1-15  [ X ] 16-49  [ ] 50-99  [ ] 100-199

Estimated Assets: [ X ] $ 0 to     [ ] $50,001       [ ] $ 100,001     [ ] $ 500,001
                       $ 50,000      to $ 100,000       to $ 500,000      to $1 million

Estimated Debts:  [ ] $ 0 to     [ ] $50,001       [ X ] $ 100,001   [ ] $ 500,001
                       $ 50,000      to $ 100,000       to $ 500,000      to $1 million

Ver 1/20/03

## Prior Bankruptcy Case Filed within Last 6 Years

Location Where Filed:	Case Number:	Date Filed:

## Pending Bankruptcy Case filed by spouse, Partner or Affiliate of this debtor.

Name of Debtor:	Case Number:	Date Filed:

District:	Relationship:	Judge:

**Signature(s) of Debtor(s) (Individual/Joint)** I Declare under penalty of perjury that the information provided in this petition is true and Correct. If an individual whose debts are primarily consumer debts who has filed under Chapter 7, I am aware that I may proceed under Chapter 7, 11, 12, or 13 of title 11, U.S. code, I understand the relief available under each chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter of Title 11, United States code, as specified in this petition.

_____	_____
Debtor	Joint Debtor
641-1578

_____	____4/28____, 2004
Phone Number:	Date

Gene A. & Michaela M. Stagnaro, Co. LPA
   Attorneys At Law

_____
Gene A. Stagnaro, Attorney At Law
906 Main St # 405, Cincinnati, Ohio 45202
(513) 241-0662

**Exhibit A** (Security Exchange Commission requirements & Chapter 11 - **Does Not Apply**)

**Exhibit B** I, Gene A. Stagnaro, am the attorney for the debtor(s) and I declare that I have informed the debtor(s) that the debtor(s) may proceed under chapter 7, 11, 12, or 13 of title 11, U.S. Code, and have explained the relief available under each such chapter.

_____, 2004
Gene A. Stagnaro, Attorney at Law

**Exhibit C** Does the debtor own or possess any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?    [ ] Yes    [ X ] No

1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety: _____

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety: _____